FILED
April 2, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> KENNETH BANKS, ) <br> ) <br> Defendant. ) | Case No. MAG. 09-0108 DAD <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>KENNETH BANKS</u>, Case No. <u>MAG. 09-0108 DAD</u>, Charge <u>Supervised Release Violation</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    X    Release on Personal Recognizance

    ___    Bail Posted in the Sum of $_____

            ___    Unsecured Appearance Bond

            ___    Appearance Bond with 10% Deposit

            ___    Appearance Bond with Surety

            ___    Corporate Surety Bail Bond

    X    (Other) <u>Third party custody of Ms. Johnson. / Still on supervised release.</u>

Issued at <u>Sacramento, CA</u> on <u>April 2, 2009</u> at <u>2:35</u> pm.

By <u>/s/ Dale A. Drozd</u>
Dale A. Drozd
United States Magistrate Judge